**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-23766-BLOOM/Louis**

LUIS BERTOT,

      Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC, et al.,

      Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendants' Unopposed Motion to Compel Alternative Dispute Resolution and Stay Court Proceedings, ECF No. [5] ("Motion"). The Motion represents that as part of Plaintiff's employment, he agreed to participate "in a multi-step alternative dispute resolution program, including binding arbitration." *Id.* at 1. The Court has considered the Motion, the record in this case, the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion, **ECF No. [5]**, is **GRANTED**;

2. The parties shall resolve this matter pursuant to their alternative dispute resolution agreement.

3. The matter is **STAYED** pending resolution of the alternative dispute resolution proceedings and is therefore administratively **CLOSED**;

4. All pending motions are **DENIED AS MOOT**, and any pending deadlines are **TERMINATED**.

Case No. 20-cv-23766-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 30, 2020.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2